MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
ANA JUSTINA PENA,                :
                                 :
            Plaintiff,           :
                                 :
    - v. -                       :
                                 :         STIPULATION AND ORDER
                                 :         07 Civ. 11099 (DAB)(GWG)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x



        IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from March 17, 2008

to and including May 16, 2008.  This extension is requested

because the administrative record has not yet been received by the defendant's counsel.  No previous extension has been requested in this case.

Dated: New York, New York
       March  , 2008

        PIARD DALLEY, PLLC
        Attorneys for Plaintiff

By: _____
    RANNYLIN STEPHANIE DALLEY, ESQ.
    1916 Park Avenue, Ste/ 614
    New York, New York 10037
    Telephone No. (212)281-2230

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE