UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANA JUSTINA PENA,                              :

        Plaintiff,                             :      **SCHEDULING ORDER**

    -against-                                        :
                                                          07 Civ. 11099 (DAB)(GWG)
COMMISSIONER OF SOCIAL SECURITY,   :
        Defendant.
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A complaint and answer having been filed in this matter, IT IS HEREBY ORDERED that:

     1.   On or before July 7, 2008, defendant shall serve and file a motion for judgment on the pleadings.

     2.   On or before August 6, 2008, plaintiff shall serve and file a memorandum of law in opposition.

     3.   On or before August 20, 2008, defendant may serve and file a memorandum of law in reply.

     SO ORDERED.

Dated: New York, New York
         May 20, 2008

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge

Copies mailed to:

Rannylin S. Dalley, Esq.
Piard Dalley, PLLC
1916 Park Avenue Suite 614
New York, NY  10037

John E. Gura Jr.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY  10007